UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. CR21-022 JCC |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| KEVIN ANTOINE JONES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:    Conspiracy to Commit Bank Fraud and Aggravated Identity Theft; Bank Fraud (7 counts); Aggravated Identity Theft (7 counts); Forfeiture Allegations

<u>Date of Detention Hearing</u>:    March 15, 2021.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

DETENTION ORDER
PAGE -1

1. Defendant has a lengthy criminal record that includes numerous failures to appear, bench warrant activity, outstanding warrants; domestic violence, and violation of the conditions of release.

2. Defendant poses a risk of nonappearance based on poor performance and violation history while on federal supervision; prior failures to appear, outstanding warrants, and pending charge for assault second degree. Defendant poses a risk of danger due to prior arrests for violence; pending charge for a violent offense; history of possessing firearms and ammunition while a prohibited person; and noncompliance while on federal supervision. The instant charge was allegedly committed while under supervised release, as was a previous federal conviction.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 15th day of March, 2021.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3