THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KEVIN ANTOINE JONES,

Defendant.

CASE NO. C21-0022-JCC-1

ORDER

This matter comes before the Court on the Government's motion for remote testimony (Dkt. No. 263). The Government asks to allow such testimony of an otherwise unavailable witness in a supervised release revocation hearing, scheduled for April 14, 2021. (*See generally id.*) Because this proceeding is not a criminal prosecution, *United States v. Hall*, 419 F.3d 980, 985 (9th Cir. 2005), ordinary Sixth Amendment confrontation rights do not attach. Nevertheless, Defendant has a due process right to confront a witness against him. *Id.* at 986. Here, that right is maintained so long as procedural safeguards ensure due process and "good cause" exists for such an approach. *Id.*

Given the circumstances described in the Government's motion, the Court finds good cause to allow remote testimony for the witness at issue here. (Dkt. No. 263 at 1, 3–4.) Thus, so long as the format utilized by the Government provides Defendant an adequate opportunity to "confront and cross-examine" this witness, the Court will allow the testimony to occur remotely.

ORDER
C21-0022-JCC-1
PAGE - 1

At a minimum, this requires the following: live testimony by the witness, under oath, in real time; through a platform providing clear audio and visual transmission sufficient for the Court, counsel, and Defendant to observe the witness's demeanor; a private location for the witness, free from distraction and without access to documents or communications unless authorized the Court; and a full opportunity to cross-examine that witness. *See United States v. Washington*, Case No. CR23-0058-RAL, Dkt. No. 420 (W.D. Wash 2026).

It is so ORDERED this 13th April 2026.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-0022-JCC-1
PAGE - 2